# MEMORANDUM DECISIONS

AARON, Respondent, v. BLACK, Appellant, et al. (Supreme Court, Appellate Division, First Department. November 27, 1914.) Action by Fannie Aaron against Henry M. Black, impleaded with others. E. J. Blair, of New York City, for appellant. R. J. Donovan, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ABBOTT v. S. T. W. SANFORD & SONS. (Supreme Court, Appellate Division, First Department. December 11, 1914.) Action by Emil B. Abbott against S. T. W. Sanford & Sons. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

A. C. LESLIE & CO., Respondents, v. WESTERN TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by A. C. Leslie & Co. against the Western Transit Company. No opinion. Judgment affirmed, with costs.

ADAM, Respondent, v. POWER CITY BANK, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 18, 1914.) Action by Alwin Adam against the Power City Bank. No opinion. Order affirmed, with $10 costs and disbursements.

ADZERYEHA, Respondent, v. HOLBROOK, CABOT & ROLLINS CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by Anisim Adzeryeha against the Holbrook, Cabot & Rollins Company. B. Patterson, of New York City, for appellant. F. X. Wazeter, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

AINSWORTH, Appellant, v. CLARK et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. November 11, 1914.) Action by Henry F. Ainsworth against Harvey B. Clark and another. No opinion. Appeal dismissed, without costs, upon stipulation filed.

ALBRO J. NEWTON CO., Appellant, v. ERICKSON et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by the Albro J. Newton Company against Henry Erickson and others. No opinion. Order appealed from by plaintiff affirmed, with $10 costs and disbursements.

ALEXANDER v. WRIGHT et al. (Supreme Court, Appellate Division, Fourth Department. December 4, 1914.) Action by David A. Alexander against Albert N. Wright

and others. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants, dismissing the complaint, with costs.

ALLGAIER, Respondent, v. COHEN, FRANK & CO. et al., Appellant. (Supreme Court, Appellate Division, Second Department. November 27, 1914.) Action by William J. Allgaier against Cohen, Frank & Co. and others.

PER CURIAM. Order modified, and, as modified, affirmed, with $10 costs and disbursements. The bill of particulars served was a substantial compliance with the order requiring the same, except that there is no statement as to the dates upon which defendant Simon Cohen received commissions upon sales of merchandise made by the defendant corporation, or the amounts thereof. As to this the motion should have been granted. If plaintiff desires to offer evidence with respect to the matters referred to in subdivision "c" of paragraph 2 of the bill of particulars, upon the trial of this action, he may do so upon serving a further bill of particulars within one month prior to the trial of the said action. Settle order on notice before Mr. Justice BURR. See, also, 163 App. Div. 863, 147 N. Y. Supp. 1096.

ALPHA PORTLAND CEMENT CO., Respondent, v. GABRIEL BROS. CONST. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 4, 1914.) Action by the Alpha Portland Cement Company against the Gabriel Bros. Construction Company. E. Herrmann, of New York City, for appellant. L. H. Porter, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

ALSENS AMERICAN PORTLAND CEMENT WORKS, Respondent, v. NEW JERSEY DOCK & BRIDGE BLDG. CO., Appellant. (Supreme Court, Appellate Division, First Department. December 24, 1914.) Action by the Alsens American Portland Cement Works against the New Jersey Dock & Bridge Building Company. C. D. Van Name, of New York City, for appellant. A. A. Mitchell, for respondent. No opinion. Judgment affirmed, with costs. Order filed. See, also, 154 App. Div. 933, 139 N. Y. Supp. 1115.

AMERICAN BILL POSTING CO. v. JOHN H. SPRINGER REALTY CO. et al. (two cases). (Supreme Court, Appellate Division, First Department. November 27, 1914.) Actions by the American Bill Posting Company against the John H. Springer Realty Company, impleaded with others, in which Philip Carpenter appeals. F. P. Ufford, of New York City, for appellant. H. G. Loew, of New York